474 A.2d 691

Commonwealth v. O'Hara, Appellant.

Submitted February 27, 1984. Raymond Harry Bogaty, Assistant Public Defender, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Order affirmed.

474 A.2d 691

Commonwealth v. Polzer, Appellant.

Submitted October 21, 1983. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.